# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 26, 2011

Lyle W. Cayce
Clerk

No. 10-50694
Summary Calendar

MICHAEL L. MACGOWAN,

Plaintiff - Appellant

v.

COLORADO GOVERNOR BILL RITTER, as supreme executive of the state
of Colorado; BEVERLY DEBUS, also known as Beverly Wallis, also known as
Beverly Schmelling, also known as Beverly Macgowan, also known as Beverly
Di Simone, Individually; PRINCIPAL JOHN SHUMACHER, Individually and
in his capacity as representative of the Marble Falls Independent School
District,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas, Austin
USDC No. 1:10-CV-232

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court dismissing the appellant's claims
against the appellees is in all respects AFFIRMED, for the reasons stated in the
magistrate judge's reports and recommendations, as adopted by the district

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

No. 10-50694

court.  *See* 5TH CIR. R. 47.6.  The appellant's motion for injunctive relief pending appeal is DENIED as moot.